# 1

# UNITED STATES DISTRICT COURT
## for the
## Western District of Michigan

|  |  |  |
|---|---|---|
| S.S | ) <br> ) AFFIDAVIT of <br> ) | Robert Wayne Sigsby The living Soul of a Man <br> Propria Persona, Sui Juris, Pro se, Noble, <br> 2251 Glade St. Buton, MI., Non-domestic <br> without the UNITED STATE/STATE OF MICHIGAN, <br> [28-USC-1746-(1).]    Ph. 810-618-5718 |

## Affidavit of Indigent

### Request for waiver of fees and cost to file

Request for response 28 USC 1746 uncontested et. al.

Assertion of indigent and insolvent, please.

1. I, Robert Wayne Sigsby, hereby affirm as follows: I asked the court to waive/suspend fees and cost for all filings of these documents because of indigent and insolvent status.

2. I was recently incarcerated for 10 months in the Genesee County jail for child support. I have no way or means to produce these filings fees and or cost to protect myself from great harm and my constitutional rights. I am please requesting to waive all court filing fees to hear petition for Title 42 USC 1983 claims.

I, Robert Wayne Sigsby Surname, Affirmant, a man, upon my full unlimited commercial liability, do affirm and say that I have read the above Affidavit and do know the contents to the very best of my knowledge to be true, correct, complete, and not misleading; the truth, the whole truth, and nothing but the truth.

Request for response 28 USC 1746 uncontested et. al.

Affidavit of Indigent

IN WITNESS WHEREOF, autographed at ___Flint___, ___mi___ ___U.S.A.___
                                                            [city]      state  united States]

on the __30__ day of __JAN__ in the Year Two Thousand and __18__.
    [day]       [month]                                                       [year]

_R. Wayne Sigsby_ [autograph]
Robert Wayne Sigsby Surname, All Rights and remedies Reserved nunc pro tunc
c/o 2251 Glade St.
Burton, Michigan state non domestic
United States of America
**without the UNITED STATES/STATE OF MICHIGAN**

                                                           Witness [autograph]

                                                           Witness [autograph]

                                                           Notary