UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Robert Wayne Sigsby,

    Plaintiff,

v.

Rick Snyder, et al.,

    Defendants.

_____/

Hon. Gordon J. Quist

Case No. 1:18-cv-00105

## **ORDER**

This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 2). The Court recently updated the form required to apply to proceed without payment. Plaintiff shall, within fourteen days from entry of this order, submit an amended application on the required AO Form 239. The form is available for download from the court's website, www.miwd.uscourts.gov, under: Forms ► Civil Forms ► Application to Proceed Without Payment of Filing Fee (AO 239).

    **IT IS SO ORDERED**.

Date: February 2, 2018

/s/ Phillip J. Green
PHILLIP J. GREEN
U.S. Magistrate Judge